IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JONATHAN COYLE,<br><br>  Plaintiff,<br><br>  v.<br><br>BENNETT CHEVROLET, INC.,<br><br>  Defendant. | CIVIL ACTION NO.: 2:25-cv-69 |

**O R D E R**

The parties filed a Joint Motion to Stay and seek to stay the parties' Federal Rule of Civil Procedure 26 discovery deadlines, pending mediation. Doc. 18. The parties assert they have a mediation scheduled for November 5, 2025, and will provide the Court with a status update within 10 days of the mediation. Upon review, the Court **GRANTS** the Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of the parties' mediation. The Court **DIRECTS** the parties to notify the Court on or before November 15, 2025, of the status of their mediation. If the parties' mediation efforts do not resolve this matter, this stay shall lift, and the parties are to submit a motion to amend the Scheduling Order on or before November 22, 2025.

**SO ORDERED**, this 30th day of September, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA